929-15

# ELECTRONIC RECORD

COA # 14-13-00706-CR                    OFFENSE: DWI

STYLE: Joel Navarro v The State of Texas          COUNTY: Harris

COA DISPOSITION: Reversed and Rendered in Part and Remanded in Part

TRIAL COURT: Co Criminal Court at Law #15

DATE: July 7, 2015   Publish: Yes              TC CASE #:1836127

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joel Navarro v The State of Texas

CCA # _____

_____State's_____ Petition        CCA Disposition: **929-15**
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____Refused_____                 JUDGE: _____

DATE: __10/28/2015__                 SIGNED: _____    PC: _____

JUDGE: _____           PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**